Randall J. Roske, Esquire
400 South Fourth Street, Suite 500
Las Vegas, Nevada 89101
(702) 793-4211 ▪ cell (702) 596-6472
e-mail: randallroske@yahoo.com
Attorney for Defendant
Brenda Bernal

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*    \*    \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>BRENDA BERNAL  ,<br><br>              Defendant. | **STIPULATION TO CONTINUE SENTENCING**<br>(First Request)<br><br>CASE NO.: 2:15-cr-00036-JAD-CWH |

## STIPULATION TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING

**IT IS HEREBY STIPULATED AND AGREED** by and between the Defendant, Brenda Bernal,  by and through her  attorney, Randall J. Roske, Esquire and between the Plaintiff, the United States of America, by and through its attorney, DAYLE ELIESON, the United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney that the Revocation Hearing set for May 14, 2018 at 10:00 AM be vacated and continued to a time convenient to the Court after approximately 60 days.

This Stipulation is entered into for the following reasons:

1.     The Defendant has identified a history of mental health issues which constitute helpful and mitigating evidence for hearing.  Funds for a mental health specialist will also be sought to participate in her case at hearing.  Additional time is necessary to marshal the evidence, have funds approved and have the client

1    evaluated.

2    2.    Defendant is does not object to the continuance of her hearing although she is in

3          custody.

4    3.    The Attorneys for the United States do not oppose this  continuance.

5

6                                              DATED this 10ᵗʰ  day of May, 2018.

7

8                                              DAYLE ELIESON,
9                                              UNITED STATES ATTORNEY
          /s/                                              /s/
10   Randall J. Roske, Esquire              Daniel J. Cowhig,
     Counsel for Brenda Bernal             Assistant United States Attorney
11   Defendant                              Counsel for the United States

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

UNITED STATES OF AMERICA,

       Plaintiff,

v.

BRENDA BERNAL,

       Defendant.

**CASE NO.:   2:15-cr-0036-JAD-CWH**

**ORDER TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING**

**ORDER**

Based upon the Stipulation of the parties, and good cause appearing therefore:

IT IS HEREBY ORDERED that the Defendant's Revocation Hearing be continued to a date convenient to the Court as follows:

The Sentencing currently scheduled for May14, 2018 at 10:00 a.m. be vacated and the same be continued to July 17, 2018 at 11:00 a.m.

DATED this 11th day of May, 2018.

_____
United States ~~Magistrate~~ Judge