Randall J. Roske, Esquire
400 South Fourth Street
Suite 500
Las Vegas, Nevada 89101
(702) 793-4211 ✦ cell (702) 596-6472
e-mail: randallroske@yahoo.com
Attorney for Defendant
Brenda Bernal

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:15-CR-00036-JAD-CWH |
| Plaintiff, | |
| v. | |
| BRENDA BERNAL, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| Defendant. | ( Second Request) |

**IT IS HEREBY STIPULATED AND AGREED** by and between the Defendant, BRENDA BERNAL, by and through her attorney, Randall J. Roske, Esquire and between the Plaintiff, the United States of America, by and through its attorneys, DAYLE ELIESON, the United States Attorney, and Daniel Cowhig, Assistant United States Attorney that the Revocation Hearing scheduled for July 17, 2018 at 11:00 A.M., be vacated and continued to a time convenient to the Court for approximately 30 days.

This Stipulation is entered into for the following reasons:

1. Defendant has a pending psychiatric evaluation by Dr. Roitman, M.D. which is authorized but not completed.
2. That additional time is requested to allow the evaluation and report to be prepared.
3. Defendant is incarcerated and does not object to the continuance of her

hearing.

4. Attorney for the United States concurs with the requested continuance.

DATED this 10th day of July, 2018

| RANDALL J. ROSKE | DAYLE ELIESON |
| --- | --- |
| | UNITED STATES ATTORNEY |

/s/                                            /s/
_____     _____
Randall J. Roske, Esquire               Daniel Cowhig,
Counsel for Brenda Bernal           Assistant United States Attorney
Defendant                               Counsel for the United States

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>BRENDA BERNAL,<br><br>Defendant. | CASE NO.: 2:15-CR-00036-JAD-CWH<br><br>(Second Request) |

**ORDER TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING**

Based upon the Stipulation of the parties, and good cause appearing therefore;

IT IS HEREBY ORDERED that the Defendant's Supervised Release Revocation Hearing be continued to a date convenient to the Court after 30 days as follows:

The Sentencing currently scheduled for July 17, 2018 at 11:00 AM be vacated and the same be continued to August 21, 2018, at the hour of 10:00 a.m.

DATED this 11th day of July, 2018.

_____
United States District Court Judge